UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOSHUA WILLIAMS | * | CIVIL ACTION NO. 13-1106<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| WARDEN JERRY W. GOODWIN, ET. AL. | * | MAG. JUDGE KAREN L. HAYES |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion for class certification [doc. # 35] filed by pro se plaintiff Joshua Williams is hereby DENIED.

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 10th day of _____, 2015.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE