UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOSHUA WILLIAMS | CIVIL ACTION NO. 13-1106<br>Section P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN JERRY W. GOODWIN, ET. AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment, [doc. # 43], is **GRANTED**, and that the Complaint, [doc. # 32], is **DISMISSED without prejudice for failure to exhaust administrative remedies, but DISMISSED with prejudice** for purposes of proceeding *in forma pauperis*

IT IS FURTHER ORDERED that Defendants' Motion, [doc. # 43], is **GRANTED**, and that Plaintiff's claims for monetary damages against all Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED this _____ day of January, 2015, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE